UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD HUNTER, | ) |
| | ) 2:08-cv-02176-GEB-GGH |
| Plaintiff, | ) |
| | ) ORDER TO SHOW CAUSE |
| v. | ) AND CONTINUING STATUS |
| | ) (PRETRIAL SCHEDULING) |
| GL RECOVERY GROUP, LLC, | ) CONFERENCE |
| | ) |
| Defendant. | ) |
| | ) |

      The September 16, 2008, Order Setting Status (Pretrial Scheduling) Conference (" September 16 Order") scheduled a status conference in this case for January 20, 2009, and required a status report be filed no later than fourteen days prior to the status conference.  No status report was filed.

      Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed on later than 4:00 p.m. on February 4, 2009, why sanctions should not be imposed against him and/or his counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Plaintiff or his counsel is at fault, and whether a hearing is requested on the

1

OSC.[1]  If a hearing is requested, it will be held on February 17, 2009, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date.  In accordance with the requirements set forth in the September Order, a status report shall be filed no later than fourteen days prior to the status conference.

       IT IS SO ORDERED.

Dated:  January 12, 2009

                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).