IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD HUNTER, ) | |
| ) | 2:08-cv-02176-GEB-GGH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| GL RECOVERY GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   The parties have consented to proceed before the Magistrate Judge for all purposes.  See 28 U.S.C. § 636(c).

   If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed. See Local Rule 73-305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated:  February 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:08-cv-02176-GGH.

IT IS SO ORDERED.

DATED: February 19, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE