IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOD HUNTER,

      Plaintiff,                          No. CIV S-08-2176 GGH

      vs.

GL RECOVERY GROUP, LLC

      Defendants.                 ORDER

_____/

      Plaintiff filed a notice of voluntary dismissal on February 23, 2009. Pursuant to Fed. R. Civ. P. 41(a), this action is dismissed with prejudice.

      Accordingly, the Clerk of Court shall close this case.

DATED: May 5, 2009

                                       /s/ Gregory G. Hollows
                                       _____
                                       UNITED STATES MAGISTRATE JUDGE

GGH:076
Hunter2176.59.wpd